NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**ROGER J. HALL,**
*Plaintiff-Appellant,*

**and**

**RJ HALL & ASSOCIATES,**
*Plaintiff,*

v.

**BED BATH & BEYOND, INC.,**
**BED BATH & BEYOND PROCUREMENT CO. INC.,**
AND **FARLEY S. NACHEMIN,**
*Defendants-Appellees,*

**and**

**WEST POINT HOME, INC.,**
*Defendant-Cross Appellant.*

---

2011-1165, -1235

---

Appeals from the United States District Court for the Southern District of New York in case no. 10-CV-4391, Judge Alvin K. Hellerstein.

---

**ON MOTION**

---

## ORDER

Upon consideration of the unopposed motion to reform the official caption,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

FOR THE COURT

MAR 1 4 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Mitchell C. Shelowitz, Esq.
    Jordan A. Sigale, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 4 2011

JAN HORBALY
CLERK